Josephine Oulvey, appellee, v. R. L. Spicer et al., appellants.*
Bill to foreclose realty mortgage.    Decree for complainant.    Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding.    Heard in this court at the October term, 1923. Affirmed.    Opinion filed March 10, 1924.
McGlynn & McGlynn, for appellants.    Pope & Driemeyer, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

---

Phoebe Ann Naylor, administratrix of the estate of Thomas W. Naylor, deceased, appellee, v. St. Louis, Springfield & Peoria Railroad, appellant.*
Action for death by wrongful act at railway crossing.    Judgment for plaintiff.    Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding.    Heard in this court at the October term, 1923.    Reversed with finding of fact.    Opinion filed March 10, 1924.
Terry, Gueltig & Powell, for appellant.    Geers & Geers, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles Lesefsky and Lucy Lesefsky, plaintiffs in error.*
Conviction for unlawful possession of intoxicants.    Error to the County Court of Franklin county; the Hon. Sidney M. Ward, Judge, presiding.    Heard in this court at the October term, 1923.   Affirmed. Opinion filed March 10, 1924.
H. R. Dial, for plaintiffs in error.    Roy C. Martin, for defendant in error.
Mr. Justice Higbee delivered the opinion of the court.